# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE FLORES, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIAMOND PERFECTION INC. d/b/a AQUAFEEL SOLUTIONS, AQUA FINANCE INC., and DOES 1-10 Inclusive,<br><br>Defendants. | Case No. 1:18-cv-01315-LJO-EPG<br><br>**ORDER ON STIPULATION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>(ECF No. 10)<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE DEFENDANT AQUA FINANCE INC. ON THE DOCKET** |

Pursuant to the stipulation of the parties, (ECF No. 10), and in accordance with Federal Rule of Civil Procedure 15(a), Plaintiff shall file the Second Amended Complaint, as attached as Exhibit A to the stipulation, within two (2) weeks of the date of service of this Order. Defendant Diamond Perfection Inc. d/b/a Aquafeel Solutions shall have thirty (30) days after the filing of the Second Amended Complaint to file a responsive pleading.

Based on the stipulation, and in accordance with Federal Rule of Civil Procedure 41(a)(1), the claims against Aqua Finance Inc. have been dismissed without prejudice. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1).").

Accordingly, the Clerk of the Court is DIRECTED to terminate Defendant Aqua Finance Inc. on the docket.

IT IS SO ORDERED.

Dated: __**December 6, 2018**__  /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE