Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard Street Suite 780
Woodland Hills, CA 91367
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@toddflaw.com
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE FLORES and LORENZO FLORES, on behalf of themselves and on behalf of all other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DIAMOND PERFECTION INC. d/b/a AQUAFEEL SOLUTIONS, and DOES 1-10 Inclusive,<br><br>Defendant. | Case No.<br><br>1:18-cv-01315-LJO-EPG<br><br>**JOINT STIPULATION OF DISMISSAL OF ACTION OF THE INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to Plaintiffs' individual claims and without prejudice as to the putative Class pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorney fees.   A proposed order has been concurrently submitted to this Court via email.

///

Stipulation to Dismiss- 1

Respectfully submitted this 15th Day of March, 2019,

By: s/Todd M. Friedman, Esq.
    TODD M. FRIEDMAN
    Attorney for Plaintiffs


By: s/Stuart E. Cohen, Esq.
    Stuart E. Cohen
    Attorney for Defendant

## Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained their authorization to affix their electronic signature to this document.

Dated: March 15, 2019

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By: s/Todd M. Friedman
    **TODD M. FRIEDMAN, ESQ.**
    **Attorney for Plaintiff**

Filed electronically on this 15th Day of March, 2019, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Lawrence J. O'Neill
United States District Court
Eastern District of California

All Counsel of Record as Recorded On The Electronic Service List.

This 15th Day of March, 2019.
s/Todd M. Friedman
TODD M. FRIEDMAN