# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DIAMOND PERFECTION INC. d/b/a AQUAFEEL SOLUTIONS, *et al.*, <br><br> Defendants. | Case No. 1:18-cv-01315-LJO-EPG <br><br> **ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE** <br><br> (ECF No. 16) |

     On March 15, 2019, the parties filed a stipulation to dismiss this action with prejudice as to Plaintiffs' individual claims and without prejudice as to the putative Class. (ECF No. 16). All parties have agreed to the dismissal. *Id.* In light of the stipulation, the case has ended and is dismissed. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995); Fed. R. Civ. P. 23 advisory committee's note to 2003 amendment ("Rule 23(e)(1)(A) resolves the ambiguity in former Rule 23(e)'s reference to dismissal or compromise of "a class action." That language could be—and at times was—read to require court approval of settlements with putative class representatives that resolved only individual claims.").

     Accordingly, the Clerk of the Court is DIRECTED to close this case.
IT IS SO ORDERED.

Dated:   **March 15, 2019**          /s/ Erica P. Grosjean
                                                   UNITED STATES MAGISTRATE JUDGE